UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON CASTLE BROWN,<br><br>    Petitioner,<br><br>  v.<br><br>TIM A. VARGAS,<br><br>    Respondent. | Case No. CV 12-8038-CAS(AJW)<br><br>MEMORANDUM AND ORDER<br>DISMISSING PETITION |

On September 18, 2012, petitioner filed this petition for a writ of habeas corpus. The petition challenges petitioner's 2001 murder conviction. [Petition at 2]. Petitioner previously has filed numerous petitions in this Court challenging that conviction. The first petition, filed in Case No. CV 03-7528-FMC(AJW), was denied on the merits on June 8, 2004. Petitioner's subsequent petitions challenging that conviction were dismissed as successive. See Case Nos. CV 04-4250-R(AJW), CV 11-4338-CAS(AJW), CV 11-4691-CAS(AJW), CV 11-7476-CAS(AJW), CV 11-7997-CAS(AJW), CV 12-4039-CAS(AJW).[1]

---

[1] The Court takes judicial notice of that file and other official court files. See Fed.R.Evid. 201; Lee v. City of Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001).

1  Absent authorization from the Ninth Circuit Court of Appeals,
2 which petitioner evidently has not obtained, petitioner's challenge to
3 his 2001 murder conviction must be dismissed for lack of jurisdiction.
4 See 28 U.S.C. §§ 2244(b)(2)& 2244(b)(3); see Felker v. Turpin, 518
5 U.S. 651, 656-657 (1996); Greenawalt v. Stewart, 105 F.3d 1268, 1277
6 (9th Cir.), cert. denied, 519 U.S. 1102 (1997).

**It is so ordered.**

Dated: September 27, 2012

_____
Christina A. Snyder
United States District Judge