UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VERNON CASTLE BROWN,                )   Case No. CV 12-8038-CAS(AJW)
                                    )
            Petitioner,             )
                                    )   JUDGMENT
vs.                                 )
                                    )
TIM A. VARGAS,                      )
                                    )
            Respondent.             )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: September 27, 2012

_____
Christina A. Snyder
United States District Judge